E-FILED
Wednesday, 21 March, 2018 09:57:29 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jaryon Gills # A-07179

)
Plaintiff )

)
vs. )Case No. _____

Warden Watson )
Chief Engineer J. Robinson )

)
)
)
Defendant(s) )

## COMPLAINT

☒42 U.S.C. §1983 (suit against state officials for constitutional vic tions)

◻28 U.S.C. § 1331 (suit against federal officials for constitutional iolations)

◻Other

_____ N/A _____

*Please note: This form has been created for prisoners but can be adapted fc  use by
non-prisoners.*

Now comes the plaintiff, Jaryon Gills _____ and states as
follows:

My current address is: 2500 Rt. 99 South ◦ Mount Ster  ing,
Illinois 62353

The defendant Watson _____ is employed as Chief Administrative
officer _____ at Western C. C.

The defendant J. Robinson _____ is employed as Chief
Engineer _____ at Western C. C.

The defendant _____N/A_____, is employed as _____N/A_____ at _____

The defendant _____N/A_____, is employed as _____N/A_____ at _____

The defendant _____N/A_____, is employed as _____N/A_____ at _____

(revised 9/96)

Additional defendants and addresses _____N/A_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?          Yes          (No).

If yes, please describe

_____N/A_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes          No

C. If your answer to B is yes, how many? __/__ Describe the lawsuit the space below. (If there is more than one lawsuit, describe the additional lawsuit on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

   Plaintiff(s) _____Jaryan Grills_____

   Defendant(s) _____Author funk_____

   _____Delay in Medical treatment._____

2. Court (if federal court, give name of district; if state court, give name of county)

_Southern Illinois_

3. Docket Number/Judge

_Dont Know_

4. Basic claim made

_Delay in treatment_

5. Disposition (That is, how did the case end. Was the case dismissed   Was it appealed? Is it   still pending?)

_settled_

6. Approximate date of filing of

lawsuit _Between  4-4-13 and 4-23-13_

7. Approximate date of disposition

_Dont Remember_

For additional cases, provide the above information in the same format or a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution? (Yes)   No

B. Have you filed a grievance concerning the facts relating to this complaint? (Yes)

No ▢  If your answer is no, explain why not

_N/A_

C. Is the grievance process completed? (Yes)   No

_PLEASE NOTE:  THE PRISON LITIGATION REFORM ACT BARS ANY_

3

INCARCERATED PERSON FROM BRINGING SUIT CONCERNING T. E CONDITIONS

OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUST: AVAILABLE

ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF ATERIALS

RELATING TO YOUR GRIEVANCE.

1) Exhibit-1 side 1, & 2. "grievance" dated 2/27/17 #17-01 SE Warden
declared it nine emergency #17-E-134.

2) Exhibit-1-A "Grievance office response" date received 8/24/1 #17-0166E
3) Exhibit-1-B "ARB response" dated received 8/24/17 #1. -0166E.

4) Exhibit-2 side-1, 2 & 3 "Grievance" dated 5/17/17 #17-1 500E "normal"
5) Exhibit-2-A "Grievance office response" dated received 7/24/17 #17-0500E.
6) Exhibit-2-B "ARB response" dated received 8/24/17, #17-0500E
7) Exhibit-2-C "Letter to ARB along with grievance"
8) Exhibit-2-D "ARB response" dated received 8/24/1, 7.

9) Exhibit-3 "Grievance" dated 5/17/17 submitted as emergen. #17-0436
10) Exhibit-3-A "Grievance office response" dated reviewed 9/26/17.
11) Exhibit-3-B "ARB response" dated received 10/06/ 7.

17-E-134

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

17-0166E

| Date: 2-27-17 | Offender: (Please Print) Jaryan Gills | ID#: R07179 |
|---|---|---|

| Present Facility: Western Correctional | Facility where grievance issue occurred: Western |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of    ☐ ADA Disability Accommodation
☐ Staff Conduct   ☐ Dietary   ☑ Medical Treatm    ☐ HIPAA
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinat    ☐ Other (specify)

☐ Disciplinary Report: ___/___/___
Date of Report   Facility where issued

Exhibit-1  Side-1

Note:   Protective Custody Denials may be grieved immediately via the local adm    stration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shal    wn Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is su    ct to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or iss    ot resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Tra    er Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal p    erty issues, or issues not resolved by the Chief
Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when    where it happened, and the name or identifying information
for each person involved):   Due to Stomach pain, 

and abnormal bowle movements  I    wrote 2 request slips to
see a doctor. One in December of    2016, another on January
6, 2017. However I still have no    seen a Doctor So
around 2-10-17 I signed up for    sick call. I was given
a pass around 2-13-17 That was    unused. The next day
was seen by a nurse who I expla    my problem to telling her
the pain my stomach has been causing    is due to what I think
is a hernia in my stomach. On the    day the nurse gave me
12 stool softeners telling me to take    a) by mouth and I could

Relief Requested:   To see a Doctor

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent    sonal injury or other serious or irreparable harm to self.

_____   R07179   2, 27, 17
Offender's Signature   ID#   Date

(Continue on reverse side if neces

| | **Counselor's Response** (if applicable) |
|---|---|

Date Received: ___/___/___   ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

AUG 24 2
ADMIN
REVIEW.C

_____   _____   ___/___/___
Print Counselor's Name   nselor's Signature   Date of Response

5-

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)    Exhibit-1- Side-2

explain my situation to a Doctor or nurse practitioner
when I'm seen. Again, that was over 2 weeks ago and I
still have not seen a doctor but my pain is getting
worse and its becoming harder for me to have a bowel
movement. I took the 2 pills a day for 6 days now
they are gone.

3A36

ILLINOIS DEPARTMENT OF CORRECTIO
RESPONSE TO OFFENDER'S GRI  ANCE

| Grievance Officer's Report |

Date Received: March 3, 2017 _____ Date of Review: May 16, 2017 _____   Grievance # (optional): 17-0166E

Offender: Jaryan Gills _____   ID#: R07179 _____

Nature of Grievance: Inmate is grieving medical treatment.

*L* *xhibit-1-A*

Facts Reviewed:   Emergency Grievance.  Inmate's grievance reviewed.  Inmate s   es that he has stomach issues and has requested to see the doctor.  Inmate states he has not been seen.  Inmate states on 2-10-17 l   igned up for nurse sick call but his call pass for 2-13-17 was cancelled.  Inmate states he was seen 2-14-17 by the nurse and given   t stool softeners and could explain everything to the doctor or nurse practitioner when he is seen.  Inmate states it has been 2 week   nd he has not been seen by a doctor.  Inmate requests to see a doctor.

K. Ashcraft, HCUA, response states that since this grievance, the offender has see   ie nurse practitioner on 4-18-17 and the issues of this grievance were addressed.

AUG 2 4 2017
ADM........ ....ATIVE
REVIEW BOARD

Recommendation:  Based upon a total review of all available information, it is the   ommendation of this Grievance Officer that the inmate's grievance be moot.

_____
Tara Goins
Print Grievance Officer's Name
(Attach a copy of Offender's Grievance, including counselor  sponse if applicable)

*Tara Goins*
Grievance Officer's Signature

| Chief Administrative Officer's Re  onse |

Date Received: ___5-16-17___   ☒ Concur   ☐ l   not concur   ☐ Remand

Comments:

_____
Chief Administrative Officer's Signature

5/17/17
Date

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

*Exhibit-1-B*
*R07179*

Offender: _Gills_ _Jaryan_ MI___ ID# _R07179_
Last Name        First Name        MI        ID#

Facility: _WIL_

☑ Grievance; Facility Grievance # (if applicable) _17-0166E_ Dated: _2/22/17_ or ☐ Correspondence: Dated: _____

Received: _8/24/17_ Regarding: _Medical- Stomach Issues_
Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Ct, Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☑ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _____

---

Completed by: _Sarah Johnson_ _S. Johnson_ _9/11/17_
Print Name                    Signature                    Date

Distribution: Offender
Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev.5/2017)



ILLINOIS DEPARTMENT OF CORREC...
**OFFENDER'S GRIEVAN(**

| Date: 5-17-17 | Offender: (Please Print) Jaryan Gills | ID#: R07179 |

| Present Facility: Western | Facility where gri... ...ce occurred: Western |

Exhibit-2 - side-1

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of G...
- [ ] Medical Treatm...
- [ ] ... Time
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify) ____

- [ ] Disciplinary Report: ___/___/___
  Date of Report

Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local adm... ...ration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shak...
Counselor, unless the issue involves discipline, is deemed an emergency, or is su... ...t to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issu... ...t resolved by Counselor,
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Tra... ...Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal pr... ...ty issues, or issues not resolved by the Chief
Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when ... ...where it happened, and the name or identifying information
for each person involved): To whom this may concern this is my second grievance. I've filed about the plumbing syste... ...here in Western Con. Cen. However I never got a response t... ...my 2-19-17 grievance. Now, That for the past 7½ mon... ...s I've been housed in cells that all have bad plum... ...ing. At first I thought it was just my cell in R2-A3... ...but then I was moved to R2-35-A and now to R3-A36... ...and each of these cell has the same problem. Not... ...only was this issue in about to explain happening in one... ...building but in each building I've been in and from asking... ...other inmates each of

**Relief Requested:** To have the plumbing ...sed or transfered out of this facility to another... ...th better plumming. I will ~~the~~ also like $100,000.00 for... ...my 7½ months of suffering ... ~~the conditions~~ ...sonal injury or other serious or irreparable harm to self.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent...

_____
Offender's Signature                ID# _____   5,17,17  Date

(Continue on reverse side if necess...

---

**Counselor's Response** (If app... ...ble)

Date Received: ___/___/___

- [ ] Send directly to Grievance Officer

Response: _____

RECE...VED

_____
Print Counselor's Name

- [ ] Outside jurisdiction of this facility. Send to:
  Administrative Review Board, P.O. Box 1927...
  Springfield, IL 62794-9277

RECEIVED
AUG 2 4 2017
ADMINISTRATIVE
REVIEW BOARD

...selor's Signature     Date of Response

9,

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued) Exhibit-2 side-2

their cells. Do to bad plumming for the past 7½ months in R2-A38 cell when R2-A37 flushes their toilet their urin, used toilet paper and feces come right to my cell. This took place in R2-A35 which I was there. When A-36 flushes his toilet their used toilet paper, feces, and urin come in A-35. Now that I'm in a different building when R-3-A35 flushes his toilet everything he's flushing comes in my toilet and vise verso. (See witness signature attached here to)

During these 7½ months every morning I wake up it was a toilet full of my neighbors feces, urin and toilet paper until I flushed my toilet two or three times so we both could clean our bad plumming systems. As of late I've been having headachs, nauseated feelings waking up to the unbearable small of another two men urin and feces. This is not normal and do to the plumming system being the way it is with the clean water on its own pipe line and suage water on its on, yet each are bumping up with the other when one cell pipe line connected to the other forces on the other used flushes I'm in fear of contracting Hepatitus "C" or even worse! Again this does not happen sometimes but all day every day! And, its been alot of days these past 7½ months I'll just be asleep and wake up hurling or feeling nauseated due to the piss and shit smell from my neighbors toilet who had used the rest area over night. Right now I'm writing this second grievance on this issue and my neighbor is flushing his toilet and all his feces and urin mix with used feces toilet paper is in my toilet. CHECK every toilet on lower level in Mt. Sterling for example. The Eighth Amendment prohibition of cruel and unusual punishment protect inmates rights to safe and somewhat decent conditions in prison. These are not decent conditions to have inmates subjected to smell or see other inmates "shit" due to bad plumming here at this facility! This is by far a sanitation issue that needs to be addressed As soon as possible, across the intire facility. The evidence from each toilet on the lower level in all four houses on all four wings in each will show the conditions ........ and will cause more .....

It's bad enough I got to smell my own shit when I
use the toilet and then smell it cell mates shit when
he use it, but to be forced to smell and see another
two men shit, piss and used toilet paper after they
used the rest room is cruel and unusual punishment!!
This is psychological torture! I got to literally sit
and watch the toilet all day and be sure my neighbors
worst is not coming in the cell I live in. Or listen
for one of them to flush so I can flush also numerous
times not to recieve their bowel worst. Then when I try
sleep I wake up feeling sick because it's a toilet full of
two other grown men shit and piss. x with used toilet paper.
These conditions put me and every other inmate at serious
risk for an injury in the future if we aint already
contracted some "shit smelling" disease! See Helling v.
McKinney, 509 U.S. 25 (1993)
Prisoners are entitled to sanitary toilet facilities,
DeSpain v. Uphoff, 264 F.3d 15 (10th C.r. 2001)
Mt. Sterling bad enough they know they have a plumbing
problem they don't even give proper cleaning produce
to atleast keep in the cell to after people use the
toilet! Not that any cleaning supplies will solve this major
issue of the next cell connected to the other cell shit,
piss, and used toilet paper shooting up to my cell or the
next man cell when I, or he flushes.
As the record will reflect the Hep C for inmates
here at Western C.C. is above the IDOC norm.
This is "inadequate, sanitation hazard - it violates the 8th Amd.
Sanitary living conditions and personal hygiene are among the
necessities of life protected by the 8th Amd.) Twmbaro v. fallen
Century Gp. 713 F. supp. 1426, 1431 NO. Ga. 1989) Correctional
convict facilities are constitutionally gated to provide reasonable
adequate sanitation for their inmates No human being should
be required to frequent bathrooms with slime oozing down the
walls, stalactites hanging from the walls thick scum stuum on
walls and floors, and sewer water or gang into the toilet
like sewage from the next cell or water is forever in my

11.

  3A 34

## The Illinois Department of Corrections

Western Illinois Correctional Center
2500 Route 99 South • Mt. Sterling, IL 62353 • (217) 773-4441 TDD: (800) 8-0844

**DATE:** 7-25-17                                    *Grievance*

**TO:** Gills K07179                          *Exhibit-2-,  2*

**FROM:** Grievance Officer                          *# 17-0500E*
Western Illinois Correctional Center

**SUBJECT:** Plumbing

Date Received: 7-20-17

The attached is being returned for the reason(s) listed below:

_____ Contact your Correctional Counselor
~~_____ Use proper Committed Person's Grievance (DOC 0046)~~
_____ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.
Forward grievance directly to the Administrative Review Board (protective custo  enforced medications,
disciplinary reports from other facilities, decisions by the Transfer Coordinator's (  fice, decisions rendered
by the Director).

_____ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue  ll not
be addressed further.

_____ Unable to determine nature of grievance/correspondence. Submit additional speci   information.

**X** Illegible copy submitted—submit legible copy for consideration. *must submit original*
*grievance*

_____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustm  t Committee.
If request is denied, utilize the grievance process for further consideration. *no photocopies*

**X** Issue has been previously addressed on 17-0434 No justification for further  nsideration.

_____ Contact the Record Office with your request and/or additional information (sentenc  calculations, jail
credits, etc.)

_____ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, S  te A,
Springfield, Illinois 62706 (Executive Clemency, parole violation issues, etc.)
_____ SSC is an administrative decision; therefore, issue will not be addressed further.

_____ Other *You need to be patient.*

RECEIVED
AUG 2 4 2017
ADMINISTRATIVE
REVIEW BOARD

*Mission: To serve justice in Illinois and increase public safety by promoting posit   e change in
offender behavior, operating successful reentry programs, and reducing victi   ization.*

www.illinois.gov/idoc

12

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

~Exhibit - 2 - B~

~R07179~

Offender: ___Gills___ ___Jaryan___ ___ ___
                 Last Name             First Name              MI          ID#

Facility: ___WIL___

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: _5/17/17_ or ☐ Correspondence: Dated: _____

Received: _8/24/17_ Regarding: _plumbing_
                    Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Ct, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☒ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☒ This office previously addressed this issue on _9/11/17_ in grv 17-6 500E
                                                Date

☐ No justification provided for additional consideration.

Other (specify): _No grievance officer + CAO response_
___
___

Completed by: _Sarah Johnson_                    _S. Johnson_              _9/20/17_
                    Print Name                          Signature                    Date

Distribution: Offender                    Printed on Recycled Paper                    DOC 0070 (Rev.5/2017)
             Inmate Issues

13

Exhibit-2-C

#17- 500E

Taryan Gills

R072-9

2500 h 99 sath

MTshen 9FL-02363

RECEIVED

AUG 2 4 2017

ADMINISTRATIVE
REVIEW BOARD

Dear ARB.

I'm sending Grivance 1 that was just recieved back after 2 years. Which was filed in Stateull C.C

Grievance 2, Which was first failed over 3 months in western C.C and eve after resending it I still have not got a reponce from the Grevance office. Only a paper attached to a copy I had made telling me to be patient while I'm living under those conditions.

Others are grievances filed due to whats going on with my health and saffty here in Western C.C.

14.

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-220(   TDD: (800) 526-0844

Offender Name: _Gills   Jaryan_

Register # _R07179_

Facility: _WIC_

Date: _9/11/17_

_Exhibit-2_ **D**

This is in response to your grievance received on _8 24 17_ . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** _6/11/17_ **Grievance Number:** _17-05CV_   Griev Loc: _WIC_

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ○ Personal Property _____
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____   _____
- ○ Trust Fund _____   _____
- ⊗ Conditions (cell conditions cleaning supplies) _water in cell._
- ○ Disciplinary Report dated   _____
  Incident # _____   _____
- ○ Other _____   _____

**Based on a review of all available information, this office has determined your grievanc  o be:**

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- ○ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

- ○ Denied as the facility is follow  the procedures outlined in DR525.
- ○ Denied as Cell Assignment/H  sing is consistent with the Department's determinatic  of the appropriate  lity. Operational capacity of each f
- ○ Denied as procedures were fo  wed in accordance with DR 420 for removal/denial of   offender from/for an assignment.
- ○ Denied as this office finds no   lation of the offender's due process in accordance wi  DR504.80 and DR504.30. This office is reas  ably satisfied the offender committed the offens  ited in the report.

Other: _Moot, per the Chief Engineer there was_
_no issue found._

FOR THE BOARD: _Sarah Johnson_
Sarah Johnson
Administrative Review Board

CONCURRED: _John Y Baldwin_
John  Baldwin
Actin  Director

CC:   Warden, _WIC_ _____ Correctional Center
_J. Gills_ _____, Register No. _R07179_

*Mission: To serve justice in Illinois and increase public safety by promoting po  tive change in
offender behavior, operating successful reentry programs, and reducing v  timization.*

**www.illinois.gov/idoc**

15

ILLINOIS DEPARTMENT OF CORRECTIO
**OFFENDER'S GRIEVANC**

3A?le    17 - 04136

| Date: 5-17-17 | Offender (Please Print) Jaryan Gills | | ID#: R07179 |

| Present Facility: Western | | Facility where griev issue occurred: Western |

Exhibit -3    side-1

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Go
☐ Staff Conduct ☐ Dietary ☐ Medical Treatmen
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator

Time ☐ ADA Disability Accommodation
☐ HIPAA
☒ Other (specify)

☐ Disciplinary Report: ___/___/___
Date of Report

Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local admii ation on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shake
Counselor, unless the issue involves discipline, is deemed an emergency, or is subj
Grievance Officer, only if the issue involves discipline at the present facility or issue
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Tran
administration of psychotropic drugs, issues from another facility except personal prc
Administrative Officer.

n Record, etc.) and send to:
to direct review by the Administrative Review Board.
resolved by Counselor.

Coordinator, protective custody, involuntary
ty issues, or issues not resolved by the Chief

Summary of Grievance (Provide information including a description of what happened, when e
for each person involved): TO whom This may concern
I've filed about the plundining syster
However I never got a response to
Now, That for the past 7 1/2 mo
in cells that all have bad plum
it was just my cell in R2-A3,
to R2-35-A and now to R3-A36
cell has the same problens. NOT
about to explain happening in one
building I've been in and from asking

where it happened, and the name or identifying information
This is my second grievance
here in western Cor. Cen.
my 2-19-17 grievance.
s I've been housed
19. At first I thought
but then I was moved
and each of these
only was This issue In
building but in each
other inmates each of

Relief Requested: TO have the plumming
out of This facility to another
I will ☒ also like $100,000.∞ for
These Contched near
☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent

fixed or transfered
to better plumming.
my 7 1/2 months of suffering in
sonal injury or other serious or irreparable harm to self.

Offender's Signature

ID#          5, 17, 17
Date

(Continue on reverse side if neces:

**Counselor's Response** (If ap  able)

Date Received: 5 18 19    ☐ Send directly to Grievance Officer

Response: Maintnace is awere of The issu
problem a pats becom available.

☐ Outside jurisdiction of this facility. Send to
Administrative Review Board, P.O. Box 19277,
Springfield, IL 62794-9277

OCT 06 2017

ADMIN...
REVI...

Fly

5, 23, 17
Date of Response

16.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)    Exhibit-3-
side 2.

their cells. Do to bad plumming for the past 7½ months in R2-A38 cell when R2-A37 flushes their toilet their urin, used toilet paper and feces come right to my cell. This took place in R2 A35 when I was there. When Re A-36 flushes his toilet their used toilet paper, feces, and urin come in A-35. Now that I'm in a different building When R-3 A35 flushes his toilet everything he's flushing comes in my toilet and vise versa. (See witness signature attached here to)

During these 7½ months every morning I wake up it was a toilet full of my neighbors feces, urin and toilet paper until I flushed my toilet two or three times so we both could clean our bad plumming systems. As of late I've been having headachs, nauseated feelings waking up to the unberable smell of another two men urin and feces. This is not normal and do to the plumming system being the way it is with the clean water on it's own pipe line and suage water on it's on, yet each are bumping up with the other when one cell pipe line connected to the other forces on the other used flushes I'm in far of contracting Hepititus "C" or even worse! Again this does not happen some times but all day every day! And it's been alot of days these past 7½ months I'll just be asleep and wake up hurling or feeling nauseated due to the piss and shit smell from my neighbors toilet who had used the rest area over night. Right now I'm writing this second grevance on this issue and my neighbor is flushing his toilet and all his feces and urin mix with used feces toilet paper is in my toilet (CHECK every toilet on lower level in MT. Sterling for example) The Eighth Amendment prohibition of cruel and unusual punishment protect inmates rights to safe and somewhat decent conditions in prison. These are not decent conditions to have inmates subjected to smell or see other inmates "shit" due to bad plumming here at this facility! This is by far a standation issue that needs to be addressed As soon as possible, across the intire facility. The evidence from each toilet on the lower level in all four houses on all four wings in each will show the conditions are serious and extreme and will cause more injury than

17.

ILLINOIS DEPARTMENT OF CORREC...  Exhibit-3  Srde-3
OFFENDER'S GRIEVANCE (...tinued)

It's bad enough I got to smell my own shit when I use the toilet and then smell when he use it, but to be forced to swell and see another two men shit, piss and used toilet paper after they used the rest room is cruel and unusual punishment!! This is psychological torcher! I got to literally sit and watch the toilet all day + be sure my neighbors waist is not coming in the cell I live in. Or listen for one of them to flush so I can flush also numerous times not to recieve their bowel waist. Then when I go sleep I wake up feeling sick because it's a toilet full of two other grown men shit and piss x with used toilet paper. These conditions put me and even other inmate at serious risk for an injury in the future if we aint already contracted some "shit smelling" disease! See Helling v. McKinney, 509 U.S. 25 (1993) Prisoners are entitled to sanitary toilet facilities. DeSpain v. Uphoff, 264 f 3d 5 (10th c.n. 2001) Mt. Sterling bad enough they know they have a plumbing problem, they don't even give proper cleaning products to atleast keep in the cell to after people use the toilet! Not that any cleaning supplys will solve this major issue of the next cell connected to the other cell shit, piss, and used toilet paper shooting up to my cell or the next mans cell when I or he flushes. As the record will reflect th Hep "C" for inmates here at Western C.C. is above th IDoc. norm. This is a inadequate, sunitation hazard + violates the 8th Amd. Sanitary living conditions and personal hygiene are among the necessities of life protected by the 8th Amd.) Fambro v. father Country, Ga, 713 f. supp. 1426, 1431 No. Ga. 1989) Correctional facilities are constitutionally obligated to provide reasonable adequate sanitation for their inmates. No human being should be required to frequent bathrooms with slime oozing down the walls, stalactites hanging from the ceiling. Thick soap scum in walls and floors, and sewer water oozing into the toilet like sewage from the next cell and water is for ever in my sh

18-

ICU

ILLINOIS DEPARTMENT OF CORRECTIC
RESPONSE TO OFFENDER'S GR     ANCE

| Grievance Officer's Repor |
|---|

Date Received: May 25, 2017_____   Date of Review: September 26,     7 _____   Grievance # (optional): 17-0436

Offender:  Jaryan Gills_____   ID#: R07179___

Nature of Grievance:  Inmate is grieving sanitation.

*Exhibit 3-A*

**Facts Reviewed:**  Inmate's grievance reviewed.  Inmate states that the cells he h   been housed in has bad plumbing.  Inmate states
that when the next cell flushes their toilet their urine, feces, etc. comes into his toil   Inmate states he has been having headaches and
nauseated feelings.  Inmate requests to have the plumbing issues fixed or a transf

Counselor's response dated 5-23-17 by CC Fry states that maintenance is aware     ne issue and is repairing the problems as parts
become available.

J. Robinson, Chief Engineer, response states here at Western the Housing units v   built with the cells sharing a common pipe chase
between two cells.  Both toilets adjacent from each other drain to the same pipe c   ng sometimes what we refer to as a cross flush if
the main sewer is slow.  Due to the age of the facility piping and the high pressure   ets we use here this does happen.  After a work
order has been issued and we are aware of this happening we do what we can to   vent further problem, clean pipe and inspect for
any blockages that may be causing the problem and correct them.  In most all cas   the adjacent toilet may have a little sign of cross
flush on its side, but a simple flush of the toilet cures the problem.   The toilets do   backup or fill with urine/feces but they do show
signs of cross flush occasionally.

Inmate may request a transfer through his assigned correctional counselor, if eligi

**Recommendation:**  Based upon a total review of all available information, it is the   commendation of this Grievance Officer that the
inmate's grievance be moot.

Tara Goins_____
Print Grievance Officer's Name
(Attach a copy of Offender's Grievance, including counselo

*[signature]*
Grievance Officer's Signature
esponse if applicable)

| Chief Administrative Officer's Re   onse |
|---|

Date Received: __9-26-17__   ☒ I concur   ☐   not concur   ☐ Remand

Comments:

*C. Wat[signature]*
Chief Administrative Officer's Signature

RE   EIVED

0   0 6 2017

ADM   ISTRATIVE
      W BOARD

9-28-17
Date

19

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

ICU
Exhibit-3-B

Offender: ___Gills_____ ___Jaryan_____    R07179
                Last Name              First Name                    ID#

Facility: _____WIL_____

☑ Grievance: Facility Grievance # (if applicable) _17-0436_ Dated: _5/17/17_ or ☐ Correspondence: Dated: _____
Received: _10/6/17_ Regarding: _Plumbing, toilet_ ✓ _JUC_
              Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                                        Date

☐ No justification provided for additional consideration.

Other (specify): _No date cited in grievance within 60 day timeframe._

Completed by: __Sarah Johnson__     _S. Johnson_     _10/24/17_
                      Print Name                 Signature              Date

Distribution:  Offender          *Printed on Recycled Paper*          DOC 0070 (Rev.5/2017)
                   Inmate Issues

20

## STATEMENT OF CLAIM

Place of the occurrence  Western Correctional Cent—

Date of the occurrence  February 2017 — thru — Curren— date

Witnesses to the occurrence _____

State here briefly the FACTS that support your case. Describe how EACH defendant is inv—ved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separat— aragraph.
Unrelated claims should be raised in a separate civil action.

THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PRO—DED.

1) I am making this claim detailing the elements of my eight (8ᵗʰ) amendment violations of constitutional proportions, by Warden "Watson" and the chief Engineer "J. Robinson" of the Western C.C., due to their lack of concern and underminding the exposure of inadequate sanitation of waste from other cells coming-up through the toilet of the cell I resided in on three separate occassions. This problem persisted for seven (7) months straight, during the occupation of living in three (3) separate cells, in two (2) separate cell houses; #R2-A-38; #R2- -35 and R3-A-36. Therefore, I am suing the people respon- ble. which is a) Warden Watson and b) chief Engineer "J. Robinson".

2) During this stint of being exposed to inadequate sanitation, I wrote several grievances and letters. — I wrote grievance dated 2/27/17 complaining about unusual stomach pains, constipation, and abnormal bowle movement. See Exhibit-1 side 1 and 2. #17-0166E numbered by Warden none emergency #17-E-134 The grievance office reviewed it 5/16/17 #17-0166E see Exhibit-1-A The ARB received it 8/24/17 #17-0166E see Exhibit-1-b

1 of 3

## STATEMENT of CLAIM

3) I wrote a grievance about inadequate sanitation, dated 5/17/17
#17-0500E side-1,2 and 3. I mailed this grievance the normal
procedure way. See Exhibit-2 side 1,2&3.

I received response back from the grievance office, but within this
response I am confused. They said three different things. The said
the following; a) Illegible copy submitted—must submit original
grievance, no photocopies. b) Issue has been previously addressed on
#17-0496 "Exhibit-3" side-1,2,&3. c) you need to be patient.
See Exhibit-2-A #17-0500E. —

ARB response was also ambiguous, for they said two different things.
a) not submitted in timely manner. b) This office previously addressed this on
9/11/17 in grievance 17-0500E. See Exhibit-2-B. —

I submitted a letter accompanying the grievance to ARB see-
Exhibit-2-C. within this letter I made it clear that I
never received the grievances they are indicating here. See
Exhibit-2-C.

I received another response from ARB saying; per Chief
engineer there was no issue found. See Exhibit-2-D. I find
this ironic, considering the chief engineer told grievance office
that the toilets do cause cross flushing, because cells sharing
a common pipe chase between cells. See Exhibit-3-A
"grievance office response"


4) I wrote grievance dated 5/17/17, but I submitted it as
an emergency, complaining about inadequate sanitation
See Exhibit-3 side-1,2&3. Within this grievance

2 of 3

## STATEMENT of CLAIM

Counselor Fry wrote his response: "Maintenance is aware ~ of the issue
and is repairing the problem, as parts become available   See Exhibit -3
side -1.

Grievance office response reviewed 9/26/17 # 17-0436   see Exhibit -3-A.
ARB response received 10/06/17. Now they say   two things a) no
date cited in grievance within 60 time frame. b) th   they mark
not submitted in timely manner. see Exhibit -3-B.

5) Due to the nonsequitur hurdles I had to jump over in order to get
to the gist of my issue. I am mentally, emotionally, ph  sically and
psychologically drained. Aside from that, I fear be  oming a victim
of retaliatory tactics by this institution and its e  ployees, as well
as, the superiors, and their badges of fraud inact  l by a guise of a
guild of contumely. May this law suit act as a   uard against
fowl play by this administration. As I am putti  g them on
notice to not tolerate any fowl play, . . .

3 - OF - 3

25

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

According to the Chief Engineer, there isn't much that can be done due to the faulty building design. I want to sue Warden Watson and Chief Engineer "J. Robinson" in their official, as well as, personal capacity. I am asking for things to be fixed, which is virtually impossible, and I am asking for $25,000 for the seven months and counting whereas I had to and am still subject to this problem, and I am asking for $5,000 for the Intentional Infliction of Emotional Distress. Which total = $30,000

JURY DEMAND       (Yes)        No

Signed this __20th__ day of __December__,
20 17.

*Christinial Smith*

OFFICIAL SEAL
CHRISTINA G. SMITH
Notary Public - State of Illinois
My Commission Expires 6/26/2019

X _____
( Signature ( Plaintiff)

X

| Name of Plaintiff: | Inmate Identification Number |
|---|---|
| Jaryan. Gills | |
| Address: | Telephone Number: |

2V

## ~ Affidavit ~

I, Peter Jennings #N-34395, being duly sworn on oath state that the testamony I am attaching to the affidavit is true and correct to the best of my knowledge.

I Peter Jennings, have been incarcerated here at the western Correctional Center since March 24th of 2017. The cell I been in for the last three (3) months in Unit 1-C-20 has faulty plumbing. Whenever my neighbor flush his/their toilet, their waste comes up through toilet I reside in.

_Peter Jennings_
Peter Jennings/

Subscribed and sworn to before me this 27 day of November, 2017

_Michele Olson_
Notary Public

OFFICIAL SEAL
MICHELE OLSON
NOTARY PUBLIC

1 of 1